222014

Antonio R. Sarabia, II, Esq. CBN # 90109
IP Business Law, Inc.
320 Via Pasqual
Redondo Beah, CA 90277
Phone (310) 377-5171
asarabia@gmail.com

Local Counsel for PLAINTIFFS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FRED R. GUMBINNER[1] LIVING TRUST, FRED GUMBINNER, TRUSTEE and RICHARD A. SUN,<br><br>Plaintiffs,<br><br>- against -<br><br>KRONOS ADVANCE TECHNOLOGIES, INC.,<br><br>Defendant. | 2:21-CV-547-MWF- JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND OR, ALTERNATIVELY, TO TRANSFER VENUE**<br><br>DATE: March 22, 2021<br>TIME: 10:00 a.m.<br>CTRM: 5A |

**THE COURT** having read the motion brought by Plaintiffs The Fred R. Gumbinner Living Trust, Fred Gumbinner, Trustee and Richard A. Sun (collectively, "Plaintiffs") (1) to remand this action to the Supreme Court of the State of New York, County of Nassau pursuant to 28 USC § 1447; (2) in the alternative, to change venue and transfer this action to the United States District Court for the Southern District of New York (the "SDNY") pursuant to 28 USC

---

[1] Defendant's Notice of Removal misspells the name of Plaintiff in the caption (*see* Dkt. No. 1); the correct spelling is included here.

- 1 -

222014

§ 1406(a); (3) to impose sanctions against Defendant Kronos Advance Technologies, Inc. ("Defendant") and/or its counsel and award Plaintiffs their costs and attorneys' fees in connection with bringing this motion and their counsel's pro hac vice applications pursuant to 28 USC § 1447(c) and FRCP 11; and (4) for such further relief as may be proper (the "Motion"), and good cause appearing:

**HEREBY ORDERS THAT**

Plaintiffs' Motion is **GRANTED** and the Court hereby **REMANDS** this case to the Supreme Court of the State of New York, County of New York, for all further proceedings.

**IT IS SO ORDERED.**

Dated: March ___, 2021

_____
**MICHAEL J. FITZGERALD**
United States District Court Judge